MA

**FILED**
**DEC 22 2014**
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

Plaintiff
Valentina L. O'Connor
v.
Chicago Board of Education
Defendant

Case 14cv10263
JUDGE DARRAH
MAG. JUDGE COX

## 1) F.M.L.A. Retaliation Complaint

I, the undersigned, Valentina L. O'Connor (Plaintiff), residing in Chicago, IL, complain and respectfully ask your Honor for legal protection against the Board of Education - Chicago, IL (Defendant), for its discriminatory (under F.M.L.A.) actions against me. In support of my Complaint, I, Valentina O'Connor (Plaintiff) state:

- Plaintiff filed a previous Complaint in this Federal Court, Case Number 11 C 673, Case Title: O'Connor vs. Chicago Board of Education, on May 18, 2011, alleging that her employer, Defendant Chicago Board of Education, violated the F.M.L.A. of 1993, 29 U.S.C. §§ 2615 (a)(1), (b). The Court denied the Board's summary judgment motion pursuant to Federal Rule of Civil Procedure 56(a).

- Immediately after this Court's Decision, the Board, through its employees — my supervisors and their supervisors — started an aggressive series of actions against me as a person, against my reputation as a professional, undermining my enthusiasm and abilities to perform my job, and by using my F.M.L.A. requested time to punish me, to force me to resign from my job, by unfair practices which created a hostile work environment against me and my job.

- My employer permitted and encouraged that my personal and professional reputation be systematically slandered, which caused my class size to be considerably reduced, that my personal property be stolen, that staff members, who previously were amiable in response to my collegial attitude, became hostile and threatening to me, and circulating false accusations/rumors denigrating even my professional integrity.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| Plaintiff | ) | Case Number: |
| v. | ) | Judge: |
| Defendant | ) | Magistrate Judge: |

p. 2)

- My employer refused to schedule the time I need, in addition to my teaching schedule, to write extensive I.E.P. for the students assigned to my Provider List for Special Needs services — which caused me and my ward and son, who is mentally disabled, tremendous suffering and endangerment by this constant and hostile interference with our F.M.L.A. needs.

- My employer deleted my name from our school staff's e-mail lists, thus causing me to miss important work events and deadlines despite my enthusiasm to be part of these events — and, then, blamed and punished me for missing the information deliberately withheld from me.

- My employer lied about Disciplinary action, e.g. Warning 1, having punished me and, then, used the Warning as a basis to issue other disciplinary actions against me, while I was on F.M.L.A. — thus the Defendant Board of Education continued and increased its actions of the previous case, No. 11c 673.

- My employer stated, to my Chicago Teachers Union representative, that these issues are "not grievable", thus causing the dismissal of my C.T.U. Grievances.

- My employer, upon having been exposed in their disciplinary punishment untruths which they professed as justified, started another series of hostile and unfair practices, deleting my Unit Plans, refusing to allow me to participate at meetings and professional development events, and refusing to allow my training in Google Doc — which caused me great inconveniences and huge amounts of time, beyond my work time, to keep abreast my professional duties, thus, again, willfully and indifferently to mine and my son's suffering interfering with my F.M.L.A. time.

- My employer counted my F.M.L.A. time, and even Saturdays (which is not working time) as tardies and/or absences — I have never been absent without making previous arrangements, as per our school policies. Nevertheless, my

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

|  |  |  |
|---|---|---|
| Plaintiff | ) | **Case Number:** |
|  | ) |  |
| v. | ) | **Judge:** |
|  | ) |  |
|  | ) | **Magistrate Judge:** |
| Defendant | ) |  |

p.3) employer, not only used my F.M.L.A. or weekend time as a reason to issue disciplinary actions against me, but even placed in my personal C.P.S. file, a "red flag" warning to any potential employer, that I have "excessive" and "egregious" attendance patterns, which is not true.

• My employer, without my knowledge, and through unfair professional Evaluation practices, claiming that my previous Evaluations, performed by other Principals, were "Incomplete" (when, in fact, they were complete), by attaching to my name students whom I do not teach, - thus evaluating me with negative "value-added component -, and by refusing to use the Addendum* to the R.E.A.C.H. Teacher Performance Evaluation, as well as by claiming that I did not enter grades while I was on F.M.L.A. issued an "Unsatisfactory" rating of my performance, which, within 90 days from December, 2014, will result in my most probable dismissal from my job.

* the Addendum contains modified evaluation criteria for the Exceptional Needs Specialist, which is my teaching assignment. The evaluator did not give me professional feedback

• Plaintiff respectfully asks, upon proof that the above allegations are truthful and only a portion from a greater list of damages the Board caused her and her ward and son to suffer, the following compensation:
• equitable relief as may be appropriate, including employment, reinstatement and promotion within a safe and fair work environment and evaluation
• any wages, salary, employment benefits, or other compensation denied to me, or lost by reason of the violation, and any direct monetary losses caused to me as a direct result of the violation.
• allowing a reasonable attorney's fee, reasonable expert witness fees and other costs of the action to be paid by the defendant. Respectfully submitted by
• additional amount of liquidated damages [ Valentina L. O'Connor  V.O'Conn
and any other award this Court might deem appropriate.    10732 S. Seeley Ave. (H.Tel. Nb.: 77
                                                          Chicago, IL 60643   238-0680)