# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**CERTIFIED COPY**
A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

## FINAL JUDGMENT

October 18, 2019

| Before: | JOEL M. FLAUM, Circuit Judge |
| | KENNETH F. RIPPLE, Circuit Judge |
| | DIANE S. SYKES, Circuit Judge |

| | |
|---|---|
| No. 18-2188 | VALENTINA L. O'CONNOR, Plaintiff - Appellant<br><br>v.<br><br>CHICAGO BOARD OF EDUCATION, Defendant - Appellee |
| **Originating Case Information:** | |
| District Court No: 1:14-cv-10263<br>Northern District of Illinois, Eastern Division<br>District Judge Sharon Johnson Coleman | |

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**(form ID: **132**)